■ ARI KRAMER, as Executor of VIRGINIA CASEY BUSH, Deceased, and as Administrator of the Estate of IRVING T. BUSH, Deceased, Appellant, v IOANNIS DANALIS, Respondent. [938 NYS2d 428]

The general assertions by defendant's and Irving Bush's accountant that, in his review of the general ledgers and banking records, he observed no financial irregularities or unfair conduct by defendant, is insufficient to demonstrate defendant's entitlement to judgment dismissing the specific claims alleged. Thus, plaintiff's obligation to raise an issue of fact in opposition never arose.

We note that the law of the case doctrine has no bearing on the allegations of self-dealing, which are separate from the claim resolved on the prior appeal by our finding that there was no is-

sue of fact as to the existence of a confidential or fiduciary relationship with regard to a 2002 agreement (66 AD3d 539 [2009]). We also note that discovery has not yet been completed. Concur—Mazzarelli, J.P., Saxe, Moskowitz, Freedman and Manzanet-Daniels, JJ.